IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **UNDER SEAL**   unseal 9/14/10 |
| | ) | |
| v. | ) | 1:08cr385 |
| | ) | |
| ABEL NNABUE | ) | |

ORDER OF AUTHORIZATION FOR TRANSPORTATION OF PRISONERS
BY FEDERAL AGENTS FOR INTERVIEW PURPOSES

Upon motion of the United States of America, it is hereby

ORDERED that Special Agents Michael Nail and Hadley Etienne, duly authorized federal agents of the Federal Bureau of Investigation, are authorized to take custody of Abel Nnabue, a federal prisoner detained at the Alexandria Adult Detention Center (AADC), at 12:00 p.m. on October 7, 2008, and to transport to, and maintain joint custody of said inmate at, the City of Alexandria Police Department. The inmate must be returned to the AADC no later than 4:00 p.m. on that same day. The purpose of the transfer is to review documents and previous testimony in various proceedings. Defense counsel, Andrew Stewart, Esquire, has been contacted by the undersigned Assistant United States Attorney and has no objection to this order and will be present during the interview. It is further

ORDERED that during the period of temporary custody, the inmate Abel Nnabue, shall remain at all times in restraints and in the custody and control of Special Agents Michael Nail and Hadley Etienne. There shall be no contact or visits with persons other than the agents and attorneys working on this case and other government personnel as needed to complete the purpose of the interview, to include interpreters and defense counsel if necessary. Prior to removing the inmate

from the Alexandria Adult Detention Center, the Special Agents shall ascertain from jail personnel if there are any medical considerations or restrictions regarding food or medications that would impact on their custody of the inmate.

This Order shall be placed **under seal** pending further order of this Court, except that copies may be furnished to the United States Attorney's Office, the inmate's defense attorney, the United States Marshal, the Federal Bureau of Investigation, and the Alexandria Police Department.

_____
The Honorable John F. Anderson
United States Magistrate Judge

Date: October 6, 2008

Alexandria, Virginia

WE ASK FOR THIS:

Chuck Rosenberg
United States Attorney

By: _____
John Eisinger
Assistant United States Attorney