IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA



Alexandria Division

| | |
|---|---|
| USA | ) |
| | ) |
| | ) |
| | ) 1:08-CR-000385 (003) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| | ) |
| Matthews, et al | ) |

## ORDER

Finding that this matter has been resolved, the Court hereby directs the Clerk's Office to arrange for the return of the bond posted in this case.

It is further ORDERED that, the bond in the amount of $5,011.27 shall be returned to, Uzoamaka Onyedebelu at Lewisville, TX 75067. The bond was initially posted with the U.S. District Court, Southern District of Florida.

/s/
T. S. Ellis, III
United States District Judge

Date: 10/9/09
Alexandria, Virginia