## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 1:08cr385 |
| ) | |
| ABEL NNABUE ) | |

### ORDER

The matter came before the Court on the government's motion for a reduction in defendant's sentence pursuant to Rule 35(b), Fed. R. Crim. P.

For the reasons stated from the Bench,

It is hereby **ORDERED** that the government's motion is **GRANTED**.

It is further **ORDERED** that defendant's custody sentence is **REDUCED** to a total of twenty-seven (27) months, with all other terms and conditions of defendant's original sentence to remain in full force and effect.

It is further **ORDERED** that counsel for the government is **DIRECTED** to advise the Court promptly by filing an appropriate motion and proposed order as soon as it is practicable to lift the seal on any previously-sealed filings in this matter. If such a motion to lift the seal is not filed within six months from the date of this Order, counsel for the government is **DIRECTED** to file a pleading by that date setting forth the reasons justifying continuance of the seal and requesting an extension of the seal for a certain limited period of time thereafter.

The Clerk is directed to send a copy of this Order to the Probation Office, the Bureau of Prisons, the Marshal's Service and all counsel of record.

Alexandria, Virginia
March 11, 2010

/s/ T. S. Ellis, III
T. S. Ellis, III
United States District Judge